FILED
CLERK, U.S. DISTRICT COURT

JAN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN E. PORTER,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT WONG, Warden,<br><br>        Respondent. | CASE NO. CV 07-06652 RGK (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: JAN 17, 2008

                                                                                       _____
                                                                                       R. GARY KLAUSNER
                                                                                    UNITED STATES DISTRICT JUDGE