1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RYAN E. PORTER,                    )   NO. CV 07-06652 RGK (SS)
                                        )
12                  Petitioner,          )
                                        )   **ORDER ADOPTING FINDINGS,**
13            v.                         )
                                        )   **CONCLUSIONS AND RECOMMENDATIONS**
14   ROBERT WONG, Warden,                )
                                        )   **OF UNITED STATES MAGISTRATE JUDGE**
15                                       )
                  Respondent.            )
16   _____  )

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records and files herein, and the Magistrate Judge's Report

20   and Recommendation.  The time for filing Objections to the Report and

21   Recommendation  has  passed  and  no  Objections  have  been  received.

22   Accordingly, the Court accepts and adopts the findings, conclusions and

23   recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1      Accordingly, IT IS ORDERED THAT:

2

3     1.  The Motion to Dismiss is DENIED.

4

5     2.  The Clerk shall serve copies of this Order and the Judgment

6 herein by United States mail on Petitioner and on counsel for

7 Respondent.

8

9 DATED:  November 3, 2008

10

11

12                  R. GARY KLAUSNER
                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28