JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN E. PORTER, | ) | NO. CV 07-06652 RGK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| GEORGE NEOTTI, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 15, 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE